IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN R. MARTIN,

        Plaintiff,                 No. CIV S-07-0788 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.        ORDER
_____/

      Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges violations of his civil rights occurring for the most part in Tuolumne County, California. Tuolumne County is in the Fresno Division of this court, and the action should have been commenced there. *See* Local Rule 3-120(b). This court has not ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

1

1   3. All future filings shall bear the new case number and shall be filed at:

2       United States District Court
        Eastern District of California
3       2500 Tulare Street
        Fresno, CA 93721
4

5   Dated: November 16, 2007.

6       _____
        EDMUND F. BRENNAN
7       UNITED STATES MAGISTRATE JUDGE